PETER S. DOODY (Bar No. 127653)
Doody@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, CA 92101-7910
Telephone: (619) 236-1551
Facsimile: (619) 696-1410

Attorneys for Defendant
BROAN-NUTONE, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BROAN-NUTONE, LLC., A.O. SMITH, CORPORATION and DOES 1-40, inclusive,<br><br>　　　　Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441 (DIVERSITY)**<br><br>**[DEMAND FOR JURY TRIAL]** |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Defendant BROAN-NUTONE, LLC ("Defendant") hereby removes this action from the Superior Court of the State of California, County of San Bernardino, to the United States District Court for the Central District of California. Removal is made pursuant to 28 U.S.C. sections 1332 and 1441.

///

///

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

CASE NO.

## I.

## **PLAINTIFF'S COMPLAINT**

1. On March 10, 2021, Plaintiff State Farm General Insurance Company ("Plaintiff") filed a Complaint against Defendant in the Superior Court of the State of California, County of San Bernardino, entitled *State Farm General Insurance Company v. Broan-Nutone, LLC*, A. O. SMITH, CORPORATION and DOES 1-40, inclusive, Case No. CIV SB 2106134. (Declaration of Peter S. Doody ("Doody Decl."), ¶ 3.)

2. On April 8, 2021, personal service of the Summons and the Complaint was effectuated on Defendant BROAN-NUTONE, LLC. Broan-Nutone has not answered or otherwise responded to Plaintiff's Complaint in the Superior Court. (Doody Decl., ¶ 4.)

3. A defendant in a civil action has thirty (30) days from the date it is validly served with a summons and complaint to remove the action to federal court. 28 U.S.C. § 1446(b); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-348 (1999). This Notice of Removal is timely. Defendant was served on April 8, 2021. This Notice of Removal was filed on May 10, 2021, within the 30-day statutory period for filing. 28 U.S.C. 1446(b).

4. In accordance with 28 U.S.C. § 1446(a), a copy of all process and pleadings previously served on Defendant are attached as "**Exhibit A**".

## II.

## **BASIS FOR REMOVAL – DIVERSITY JURISDICTION**

5. The above-described action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332(a), and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. 1441(a)-(b), in that it is a civil action between citizens of different states where the amount in controversy exceeds the sum of $75,000.00, exclusive of interests and costs.

**A.     Amount in Controversy.**

6.     The allegations of the complaint are vague, however, it is alleged that a Plaintiff became responsible to pay, and did pay, $198,141.50 to its insured, Omar Polo, for property damages and loss of use at the insured's property, located at 822 Villa Drive, Rancho Cucamonga, California due to a fire.  Plaintiff alleges that it is subrogated to the rights of its insureds with regard to the payments issued stemming from alleged property damage and loss of use.

7.     Upon these facts, Plaintiff has alleged four causes of action against Defendant.  Plaintiff's first cause of action is for subrogation by State Farm General Insurance Company which reimbursed its insured. (Exhibit A, p. 2.)  The second cause of action is for an unspecified theory of negligence.  (Exhibit A, p. 3.)  Plaintiff alleges a cause of action for indemnity.  (Exhibit A, p. 4.)  Lastly, the fourth cause of action is for an unspecified breach of warranty.  (Exhibit A, pg. 5.)

8.     Based on Plaintiff's allegations, the amount in controversy exceeds the sum or value of $75,000.00, excluding interest and costs.  Pursuant to the Complaint, Plaintiff claims that it is entitled to damages of no less than $198,141.50, which is the amount Plaintiff alleged it incurred as a result of payments made under the subject policy of insurance.  (Exhibit A, p. 4.)  In addition, Plaintiff prays for prejudgment interest and legal costs.  (Exhibit A, p. 5, 6.)  Accordingly, the amount in controversy exceeds $75,000.00.

**B.     Diversity of Citizenship.**

9.     At the time this action was commenced, and at the time of removal, Plaintiff was and is a California corporation domiciled in Illinois.  (Doody Decl., ¶7.)

10.     At the time this action was commenced, and at the time of removal, Defendant BROAN-NUTONE, LLC is and was a Delaware limited liability company, with its principal place of business located in Hartford, Wisconsin. (Doody Decl., ¶ 5.)

11. Defendant BROAN-NUTONE, LLC is a manufacturer and supplier of residential ventilation and air quality products and is not a citizen of the State of California in which the state court action is pending. (Doody Decl., ¶6.)

12. Defendant BROAN-NUTONE, LLC is represented in this action by the San Diego law firm of Higgs, Fletcher & Mack LLP. Defendant BROAN-NUTONE, LLC, has been served with summons and the complaint, consents and agrees to removal of this action from the California Superior Court.

13. At the time of the filing of this action and the filing of this Notice Removal, Defendant A.O. Smith Corporation is incorporated in and a citizen of Wisconsin and does not have a principal place of business in California. As such, Defendant A. O. Smith is not a citizen of California. (Doody Decl., ¶8.)

14. Defendants DOES 1 through 25, inclusive, are unidentified. There is "no information as to who they are or where they live or their relationship to the action." It is therefore "proper for the district court to disregard them." *McCabe v. General Foods Corp.*, 811 F.2d 1336, 1339 (9th Cir. 1987).

## III.
## CONSENT

15. Defendant A. O. Smith Corporation has consented to the removal of the State Court action to the United States District Court for the Central District of California.

## IV.
## CONCLUSION

16. Removal of this action is proper and appropriate. This Notice of Removal was timely filed. There exists complete diversity of citizenship between the parties, and the amount in controversy exceeds the statutory minimum of $75,000.00. Defendant BROAN-NUTONE, LLC hereby prays the above-entitled action now pending against them in the Superior Court of the State of California, County of San Bernardino, be removed to this Court.

Defendant respectfully demands a jury trial.

Dated: May 10, 2021

HIGGS FLETCHER & MACK LLP

By: */s/ Peter S. Doody*
    PETER S. DOODY
    JOSEPH GONNELLA
    Attorneys for Defendant
    BROAN-NUTONE, LLC

10225775.1